LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:  (702) 792-7000
Fax:           (702) 796-7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com

*Attorneys for Defendants,*
*Las Vegas Metropolitan Police Depart*
*and Sheriff Joe Lombardo*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ASHLEY O'NEIL, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a Political Subdivision of the State of Nevada; COUNTY OF CLARK, CLARK COUNTY DETENTION CENTER, a Political subdivision of the State of Nevada; SHERIFF JOE LOMBARDO, individually and in his capacity as sheriff of the Las Vegas Metropolitan Police Department; WELLPATH, LLC, a foreign corporation, DOE NURSE COCO, individually; DOE OFFICERS 1 through 10, individually, DOE NURSES 1 through 10, individually; ROE CORPORATIONS 11 through 20; and ABC LIMITED LIABILITY COMPANIES 21 through 30, inclusive ,<br><br>Defendants. | Case No.:   2:22-cv-00474-JAD-BNW<br><br>**STIPULATION TO EXTEND TIME FOR LVMPD DEFENDANTS TO ANSWER PLAINTIFF'S COMPLAINT**<br>**[ECF No. 1]** |

Defendants Las Vegas Metropolitan Police Department and Sheriff Joe Lombardo (collectively as "LVMPD Defendants"), by and through their counsel, Kaempfer Crowell and

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

3079975_1  6943.258

Page 1 of 3

Plaintiff, Ashley O'Neil ("Plaintiff"), by and through her counsel, Nettles Morris, hereby respectfully submit this Stipulation, Request and Order Extending Time to Answer or Otherwise Respond to Plaintiff's Complaint (the "Stipulation"). This Stipulation is made in accordance with LR 6-1, LR 6-2, and LR II 7-1 of the Local Rules of this Court. This is the first request for an extension of time to file an answer or otherwise respond to Plaintiff's Complaint.

The LVMPD Defendants were served with Plaintiff's Complaint on February 22, 2022. The instant extension is requested as the LVMPD Defendants' Counsel requires additional time to review records and prepare a response to the Plaintiff's Complaint.

Upon agreement by and between all the parties hereto as set forth herein, the undersigned respectfully requests this Court grant an extension of time, up to and including **March 30, 2022**, for the LVMPD Defendants to file an answer or otherwise respond to Plaintiff's Complaint. By entering into this Stipulation, none of the parties waive any rights they have under statute, law or rule with respect to Plaintiff's Complaint.

DATED this 23rd day of March, 2022.

NETTLES MORRIS

/s/ Alexandra B. M<sup>C</sup>Leod
_____
CHRISTIAN M. MORRIS
Nevada Bar No. 11218
ALEXANDRA B. M<sup>C</sup>LEOD, ESQ.
Nevada Bar No. 8185
WESLEY H. LeMAY, Jr., ESQ.
Nevada Bar No. 14907
1389 Galleria Drive, Ste. 200
Henderson, NV 890144

*Attorneys for Plaintiff*
*Ashley O'Neil*

DATED this 23rd day of March, 2022.

KAEMPFER CROWELL

/s/ Lyssa S. Anderson
_____
LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135

*Attorneys for Defendants*
*Las Vegas Metropolitan Police Depart and Sheriff Joe Lombardo*

/ / /

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

3079975_1  6943.258

Page 2 of 3

DATED this 23rd day of March, 2022.

LEWIS BRISBOIS BISGAARD & SMITH

*/s/ Melanie L. Thomas*
_____
S. BRENT VOGEL
Nevada Bar No. 6858
MELANIE L. THOMAS
Nevada Bar No. 12576
6385 S. Rainbow Boulevard, Ste. 600
Las Vegas, NV 89118

***Attorneys for Defendant WellPath, LLC***

**IT IS SO ORDERED.**

Dated this 24th day of March 2022.

_____
United States Magistrate Judge

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

3079975_1  6943.258

Page 3 of 3