S. BRENT VOGEL
Nevada Bar No. 6858
Brent.Vogel@lewisbrisbois.com
MELANIE L. THOMAS
Nevada Bar No. 12576
Melanie.Thomas@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
*Attorneys for Defendant Wellpath, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ASHLEY O'NEIL, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a Political Subdivision of the State of Nevada; COUNTY OF CLARK, CLARK COUNTY DETENTION CENTER, a Political subdivision of the State of Nevada; SHERIFF JOE LOMBARDO, individually and in his capacity as sheriff of the Las Vegas Metropolitan Police Department; WELLPATH, LLC, a foreign corporation, DOE NURSE COCO, individually; DOE OFFICERS 1 through 10, individually, DOE NURSES 1 through 10, individually; ROE CORPORATIONS 11 through 20; and ABC LIMITED LIABILITY COMPANIES 21 through 30, inclusive ,<br><br>Defendants. | Case No.: 2:22-cv-00474-ART-BNW<br><br>**[PROPOSED] STIPULATION AND ORDER TO STAY DISCOVERY** |

Plaintiff, ASHLEY O'NEIL ("Plaintiff"), and Defendants, LAS VEGAS METROPOLITAN POLICE DEPARTMENT, SHERIFF JOE LOMBARDO, and WELLPATH, LLC ("Defendants"), by and through their counsel of record, hereby submit this this Stipulation and Order to Stay Discovery as follows:

1) Discovery shall be stayed pending ruling on the Defendants' motions to dismiss, subject to potential lifting of the stay upon terms and conditions that the parties

4858-9040-0799.1

and the court deem just; and,

    2)    The parties request the Court to set a status check sometime in August 2022, to discuss the pendency of Defendants' motions to dismiss.

| | |
|---|---|
| DATED this 9th day of May, 2022. | DATED this 9th day of May, 2022. |
| NETTLES \| MORRIS | KAEMPFER CROWELL |
| By: /s/ Wesley H. LeMay, Jr. | /s/ Ryan W. Daniels |
| CHRISTIAN M. MORRIS, ESQ.<br>Nevada Bar No. 11218<br>ALEXANDRA B. McLEOD, ESQ.<br>Nevada Bar No. 8185<br>WESLEY H. LeMAY, JR., ESQ.<br>Nevada Bar No. 14907<br>1389 Galleria Drive, Suite 200<br>Henderson, Nevada 89014<br>*Attorneys for Plaintiff* | LYSSA S. ANDERSON, ESQ.<br>Nevada Bar No. 5781<br>RYAN W. DANIELS, ESQ.<br>Nevada Bar No. 13094<br>*Attorneys for Defendants*<br>*Las Vegas Metropolitan Police*<br>*Department and Joseph Lombardo* |

Dated this 9th day of May 2022.

LEWIS BRISBOIS BISGAARD
& SMITH LLP

/s/ Melanie L. Thomas
S. BRENT VOGEL, ESQ.
Nevada Bar No. 6858
MELANIE L. THOMAS, ESQ.
Nevada Bar No. 12576
*Attorneys for Defendant Wellpath, LLC*

## ORDER

IT IS ORDERED that ECF No. 24 is GRANTED in part and DENIED in part. It is granted to the extent that the Court will stay discovery pending a decision on ECF Nos. 7 and 14. It is denied in all other respects. IT IS FURTHER ORDERED that the parties must file a proposed discovery plan and scheduling order (DPSO) within 30 days after ECF Nos. 7 and 14 are decided unless this case is dismissed. IT IS FURTHER ORDERED that the parties' proposed DPSO (ECF No. 25) is DENIED as moot in light of this order.

IT IS SO ORDERED
DATED: 11:43 am, May 11, 2022

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

