```
1  ANDRÉA L. VIEIRA, ESQ.
   Nevada Bar No. 15667
2  THE VIEIRA FIRM, PLLC
3  400 S. 7th Street, Ste. 400
   Las Vegas, Nevada 89101
4  Telephone: (702) 820-5853
   Facsimile:  (702) 820-5836
5  Andrea@TheVieiraFirm.com
6  Counsel for Plaintiff
7
8                    UNITED STATES DISTRICT COURT
9                         DISTRICT OF NEVADA
```

| | |
|---|---|
| ASHLEY O'NEIL, | Case No.: 2:22-cv-00474-ART-BNW |
| Plaintiff, | |
| vs. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al., | |
| Defendants. | |

### SUBSTITUTION OF ATTORNEYS

Plaintiff, ASHLEY O'NEIL, hereby consents and agrees to the substitution of Andréa L. Vieira, Esq. of THE VIEIRA FIRM, as her attorney in this matter in the place and stead of WILSON ELSER, in the above captioned matter.

DATED this 20 day of June, 2023.

_____
ASHLEY O'NEIL

///
///
///
///
///
///

1

## CONSENT TO SUBSTITUTION

Alexandra B M<sup>c</sup>Leod, Esq. of the law firm of WILSON ELSER, hereby consents to the substitution of Andréa L. Vieira, Esq. of THE VIEIRA FIRM, as counsel in the above-entitled action for Plaintiff ASHLEY O'NEIL.

DATED this __26__ day of June, 2023.

        **WILSON ELSER**

By: _____
Alexandra B M<sup>c</sup>Leod, Esq.
Nevada Bar No.: 8185
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
702-727-1399
alexandra.mcleod@wilsonelser.com

## ACCEPTANCE OF SUBSTITUTION

Andréa L. Vieira, Esq. of THE VIEIRA FIRM, hereby consents to and agrees to substitute in as counsel of record for Plaintiff ASHLEY O'NEIL in the place and stead of WILSON ELSER in the above captioned matter.

DATED: June 13, 2023.

        **THE VIEIRA FIRM**

By: __/s/ *Andréa L. Vieira*__
ANDRÉA L. VIEIRA, ESQ.
Nevada Bar No. 15667
400 S. 7th Street, Ste. 400
Las Vegas, Nevada 89101
Andrea@TheVieiraFirm.com
*Counsel for Plaintiff*

## ORDER
**IT IS SO ORDERED**

**DATED:** 9:31 pm, June 29, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5 and LR IC 1-1, I hereby certify that I am an employee of THE VIEIRA FIRM and on June 28 2023, I served a true and correct copy of the foregoing **SUBSTITUTION OF ATTORNEYS** on the all parties registered for e-service in the service list of this matter on the Court's electronic filing system, or if the document is one that will not be filed electronically pursuant to LR IC 1-1(c), via U.S. Mail postage fully prepaid, addressed to each party as follows:

S. Brent Vogel, Esq.
Nevada Bar No. 6858
Ethan M. Featherstone, Esq.
Nevada Bar No. 11566
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
Brent.Vogel@lewisbrisbois.com
Ethan.Featherstone@lewisbrisbois.com
*Attorneys for Defendant*
*WELLPATH, LLC*

Lyssa S. Anderson, Esq.
Nevada Bar No. 5781
Ryan W. Daniels, Esq.
Nevada Bar No. 13094
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax: (702) 796-7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com
*Attorneys for Defendant*
*LAS VEGAS METROPOLITAN POLICE DEPARTMENT*

/s/ *Ivette Garcia*
An Employee of THE VIEIRA FIRM, PLLC