S. BRENT VOGEL
Nevada Bar No. 6858
Brent.Vogel@lewisbrisbois.com
AMY A. PORRAY
Nevada Bar No. 9596
Amy.Porray@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
*Attorneys for Defendant Wellpath, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ASHLEY O'NEIL, an individual;<br><br>   Plaintiff,<br>vs.<br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a Political Subdivision of the State of Nevada; COUNTY OF CLARK, CLARK COUNTY DETENTION CENTER, a Political subdivision of the State of Nevada; SHERIFF JOE LOMBARDO, individually and in his capacity as sheriff of the Las Vegas Metropolitan Police Department; WELLPATH, LLC, a foreign corporation, DOE NURSE COCO, individually; DOE OFFICERS 1 through 10, individually, DOE NURSES 1 through 10, individually; ROE CORPORATIONS 11 through 20; and ABC LIMITED LIABILITY COMPANIES 21 through 30, inclusive ,<br><br>   Defendants. | Case No.: 2:22-cv-00474-ART-BNW<br><br>**MOTION TO REMOVE ATTORNEY ETHAN M. FEATHERSTONE FROM THE SERVICE LIST** |

Please take notice that Defendant Wellpath, LLC, by and through its counsel of record Amy A. Porray, of the law firm of Lewis Brisbois Bisgaard & Smith LLP, respectfully requests that Ethan M. Featherstone be removed from the CM/ECF service list for the above-captioned case as he is no longer associated with this case.

/ / /

130163084.1

Amy A. Porray has been added in place and stead of Ethan M. Featherstone.

Dated: October 3, 2023

By  /s/ Amy A. Porray
S. BRENT VOGEL
Nevada Bar No. 006858
AMY A. PORRAY
Nevada Bar No. 9596
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant Wellpath, LLC*

**IT IS SO ORDERED**

**DATED:** 2:33 pm, October 04, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

130163084.1

2

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of LEWIS BRISBOIS BISGAARD & SMITH LLP and that on this 3rd day of October, 2023, I did cause a true copy of the foregoing **MOTION TO REMOVE ETHAN M. FEATHERSTONE FROM THE SERVICE LIST** to be served via the Court's electronic filing and service system to all parties on the current service list.

ANDREA L. VIEIRA, ESQ.
*Attorney for Plaintiff, Ashley O'Neil*

LYSSA S. ANDERSON, ESQ.
RYAN W. DANIELS, ESQ.
*Attorneys for Defendants*
*Las Vegas Metropolitan Police Department*

/s/ Adrina Harris
An Employee of
LEWIS BRISBOIS BISGAARD & SMITH LLP

130163084.1

3