S. BRENT VOGEL
Nevada Bar No. 6858
Brent.Vogel@lewisbrisbois.com
ETHAN M. FEATHERSTONE
Nevada Bar No. 11566
Ethan.Featherstone@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
*Attorneys for Defendant Wellpath, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ASHLEY O'NEIL, an individual;<br><br>　　　　　Plaintiff,<br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a Political Subdivision of the State of Nevada; COUNTY OF CLARK, CLARK COUNTY DETENTION CENTER, a Political subdivision of the State of Nevada; SHERIFF JOE LOMBARDO, individually and in his capacity as sheriff of the Las Vegas Metropolitan Police Department; WELLPATH, LLC, a foreign corporation, DOE NURSE COCO, individually; DOE OFFICERS 1 through 10, individually, DOE NURSES 1 through 10, individually; ROE CORPORATIONS 11 through 20; and ABC LIMITED LIABILITY COMPANIES 21 through 30, inclusive ,<br><br>　　　　　Defendants. | Case No.: 2:22-cv-00474-ART-BNW<br><br>**MOTION TO REMOVE ATTORNEY AMY PORRAY FROM THE SERVICE LIST** |

Notice that Defendant Wellpath, LLC, by and through its counsel of record Ethan M. Featherstone, of the law firm of Lewis Brisbois Bisgaard & Smith LLP, respectfully requests that Amy Porray be removed from the CM/ECF service list for the above-captioned case as she is no longer with this firm.

///

///

137758516.1

1  Ethan M. Featherstone has been added in place of Amy Porray.

2  Dated: March 14, 2024

4  By   /s/ Ethan M. Featherstone
   S. BRENT VOGEL
5  Nevada Bar No. 006858
   ETHAN M. FEATHERSTONE
6  Ethan.Featherstonelewisbrisbois.com
   LEWIS BRISBOIS BISGAARD & SMITH LLP
7  6385 S. Rainbow Boulevard, Suite 600
   Las Vegas, Nevada 89118
8  *Attorneys for Defendant Wellpath, LLC*

11 **IT IS SO ORDERED**

12 **DATED:** 9:24 am, March 15, 2024

14 [signature]

15 **BRENDA WEKSLER**
   **UNITED STATES MAGISTRATE JUDGE**

137758516.1                              2