1  S. BRENT VOGEL
   Nevada Bar No. 006858
2  Brent.Vogel@lewisbrisbois.com
   PRANAVA MOODY
3  Nevada Bar No. 16590
   Pranava.Moody@lewisbrisbois.com
4  LEWIS BRISBOIS BISGAARD & SMITH LLP
   6385 S. Rainbow Boulevard, Suite 600
5  Las Vegas, Nevada 89118
   Telephone: 702.893.3383
6  Facsimile: 702.893.3789
   *Attorneys for Wellpath, LLC.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

| ASHLEY O'NEIL, an individual | Case No. 2:22-cv-00474-ART-BNW |
|---|---|
| Plaintiff, | **MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT WELLPATH, LLC.** |
| vs. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, A POLITICAL SUBDIVISION OF THE STATE OF NEVADA; COUNTY OF CLARK, CLARK COUNTY DETENTION CENTER, A POLITICAL SUBDIVISION OF THE STATE OF NEVADA; SHERIFF JOE LOMBARDO, INDIVIDUALLY AND IN HIS CAPACITY AS SHERIFF OF THE LAS VEGAS METROPOLITAN POLICE DEPARTMENT; WELLPATH, LLC, A FOREIGN CORPORATION, DOE NURSE COCO, INDIVIDUALLY; DOE OFFICERS 1 THROUGH 10, INDIVIDUALLY; DOE NURSES 1 THROUGH 10, INDIVIDUALLY; ROE CORPORATIONS 11 THROUGH 20; AND ABC LIMITED LIABILITY COMPANIES 21 THROUGH 30, INCLUSIVE | |
| Defendant. | |

The law firm of LEWIS BRISBOIS BISGAARD & SMITH LLP hereby submits the following Motion to Withdraw as Counsel of Record for Defendant WELLPATH, LLC. pursuant to LR IA 11-6(b).

158955566.1

This Motion is made and based upon the points and authorities contained here, all papers and pleadings on file herein, the attached Declaration of S. Brent Vogel, Esq., and any oral argument to be heard by this Court at the time of hearing.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. INTRODUCTION

Wellpath previously retained the law firm of Lewis Brisbois Bisgaard and Smith LLP (hereinafter "LBBS") to represent it in the instant action. *See* Declaration of S. Brent Vogel, Esq. attached hereto. This action was initiated by Plaintiff ASHLEY O'NEIL on December 22, 2021 ("Lawsuit").

On November 11, 2024, Wellpath filed a bankruptcy petition before the United States Bankruptcy Court for the Southern District of Texas, thereby commencing case no. 24-90533 pursuant to Chapter 11 of the United States Bankruptcy Code. This Court entered its Civil Order to Stay the Case until May 8, 2025, and on that date the bankruptcy case concluded. Wellpath was discharged from debt and judgments, and Plaintiff was enjoined from continuing this case against Wellpath. Since the closing of the bankruptcy, LBBS received communication from Wellpath instructing defense counsel to withdraw representation.

### II. LEGAL ARGUMENT

LR IA 11-6(b) provides that no attorney may withdraw after appearing in a case except by leave of the court after notice has been served on the affected client and opposing counsel. Rule 1.16(b) of the Nevada Rules of Professional Conduct, declining or terminating representation, states that:

> Except as stated in Paragraph (c), a lawyer may withdraw from representing a client if . . . (6) The representation will result in an unreasonable financial burden on the lawyer or has been rendered unreasonably difficult by the client; or (7) Other good cause for withdrawal exists.

N.R.P.C. 1.16.

Here, LBBS should be allowed to withdraw as counsel in this matter because

Wellpath terminated representation and good cause exists. There are no delays of trial or another matter that would result by granting this motion as Plaintiff opted-out of the bankruptcy agreement thereby allowing this case to continue against the individually named defendants. In the event this motion is granted, the address and contact phone number for Wellpath is as follows:

> Wellpath, LLC.
> 1283 Murfreesboro Rd., Suite 500
> Nashville, TN 37217
> PH: (615) 258-8475

Based on the above, LBBS submits that it should be permitted to withdraw as counsel in this matter.

### III. CONCLUSION

Based upon the foregoing, LBBS respectfully requests that the Court grant its Motion to withdraw as counsel of record for Wellpath in this matter.

June 20, 2025

LEWIS BRISBOIS BISGAARD & SMITH LLP

By     /s/ S. Brent Vogel
S. BRENT VOGEL
Nevada Bar No. 006858
PRANAVA MOODY
Nevada Bar No. 16590
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel. 702.893.3383
*Attorneys for Defendant Wellpath, LLC.*

IT IS SO ORDERED.
Dated: June 23, 2025

Nancy J. Koppe
United States Magistrate Judge



158955566.1