UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ASHLEY O'NEIL,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a Political Subdivision of the State of Nevada; COUNTY OF CLARK, CLARK COUNTY DETENTION CENTER, a Political subdivision of the State of Nevada; SHERIFF JOE LOMBARDO, individually and in his capacity as sheriff of the Las Vegas Metropolitan Police Department; WELLPATH, LLC, a foreign corporation, DOE NURSE COCO, individually; DOE OFFICERS 1 through 10, individually; DOE NURSES 1 through 10, individually; ROE CORPORATIONS 11 through 20; and ABC LIMITED LIABILITY COMPANIES 21 through 30, inclusive,<br><br>　　　　Defendants. | Case No. 2:22-cv-00474-ART-BNW<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO EXTEND DEADLINE FOR WELLPATH TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR RECONSIDERATION AND MOTION TO AMEND** |

Pursuant to Local Rule 6-1, Ashley O'Neil ("Plaintiff"), Las Vegas Metropolitan Police Department and Sheriff Joe Lombardo ("LVMPD Defendants"), and Wellpath, LLC ("Wellpath"), stipulate, agree, and request that the Court extend the deadline for Wellpath

1 to file its Opposition to Plaintiff's pending Motion for Reconsideration and Motion to Amend,
2 (ECF No. 88), from the current date of July 8, 2025, for an additional two weeks to Monday,
3 July 21, 2025. The parties agree that good cause supports the extension of the briefing
4 schedule based on counsel for Wellpath having been terminated from the matter on June
5 23, 2025 pursuant to the Order Granting Motion to Withdraw as Counsel of Record for
6 Defendant Wellpath, LLC (ECF No. 87) and not having been timely served the Motion, as
7 well as counsel for Wellpath experiencing a medical emergency which prevented her from
8 preparing the opposition in order to thoroughly address all issues raised in Plaintiff's
9 Motion.

10     The extension will not prejudice any parties.

| | |
|---|---|
| Dated this 8th day of July 2025<br>LEWIS BRISBOIS BISGAARD<br>& SMITH LLP<br><br>/s/ S. Brent Vogel<br>S. BRENT VOGEL, ESQ.<br>PRANAVA B. MOODY, ESQ.<br>*Attorneys for Wellpath, LLC* | Dated this 8th day of July 2025<br>KAEMPFER CROWELL<br><br><br>/s/ Lyssa S. Anderson<br>LYSSA S. ANDERSON, ESQ.<br><br>*Attorneys the Las Vegas Metropolitan Police Department* |

Dated this 8th day of July 2025
SGRO & ROGER

/s/ Lauren Bonds
ANTHONY P. SGRO, ESQ.
JOSHUA D. JUDD, ESQ.
LAUREN BONDS, ESQ.
(admitted pro hac vice)
KEISHA JAMES, ESQ.
(admitted pro hac vice)
DEVONTAE TORRIENTE, ESQ.
(admitted pro hac vice)
NATIONAL POLICE
ACCOUNTABILITY PROJECT
*Attorneys for Plaintiff*

Ashley O'Neil v. Las Vegas Metropolitan Police Dept. et al.
Case No. 2:22-cv-00474-ART-BNW

_____

IT IS SO ORDERED

DATED this 9th day of July, 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE