**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ASHLEY O'NEIL,<br><br>    Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>    Defendants. | Case No. 2:22-cv-00474-ART-NJK<br><br>**Order**<br><br>[Docket No. 107] |

Pending before the Court is Attorney Devontae Torriente's motion to withdraw as counsel for Plaintiff. Docket No. 107.

For good cause shown, the Court **GRANTS** the motion. Docket No. 107.

IT IS SO ORDERED.

Dated: March 5, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1