## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA – SOUTHERN DIVISION

ASHLEY O'NEIL, an individual,

       Plaintiff,

  vs.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a Political Subdivision of the State of Nevada; WELLPATH, LLC, a foreign corporation, MATTHEW J. DUNDON, Trustee of Wellpath Holdings, Inc. Liquidating Trust; NURSE CAMILLE "COCO" LEE, individually; PHYSICIAN ASSISTANT DAVID OLIPHANT, individually; DOCTOR LARRY WILLIAMSON, individually; DOE OFFICERS 1 through 10, individually, DOE MEDICAL STAFF 1 through 10, individually; DOES 1 through 20; ROE CORPORATIONS 11 through 20; ABC LIMITED LIABILITY COMPANIES 21 through 30, inclusive,

      Defendants.

CASE NO. 2:22-cv-00474-ART-NJK

**ORDER GRANTING**
**NOTICE OF ASSOCIATION OF COUNSEL**

1

PLEASE TAKE NOTICE that Paul A. Cardinale and Melanie B. Chapman of Medical Defense Law Group, hereby associate in as co-counsel for Defendants CAMILLE "COCO" LEE, DAVID OLIPHANT and LARRY WILLIAMSON, M.D., in the above-entitled matter.

The office address, email addresses and telephone number of associated counsel are:

Paul A. Cardinale
Nevada State Bar Number 8394
Melanie Bernstein Chapman
Nevada State Bar Number 6223
MEDICAL DEFENSE LAW GROUP
3800 Watt Ave., Suite 245
Sacramento, CA 95821
Paul.Cardinale@med-defenselaw.com
Melanie.Chapman@med-defenselaw.com

Southern Nevada Office:
2460 Professional Court, Suite 110
Las Vegas, NV 89128
Tel: (702) 342-8116

Please add the newly associated firm to your service list and to all correspondence.

Dated:  April 17, 2026

**MEDICAL DEFENSE LAW GROUP**

*/s/ Paul A. Cardinale*
Paul A. Cardinale
Melanie B. Chapman
Attorneys for Defendants CAMILLE "COCO" LEE, DAVID OLIPHANT and LARRY WILLIAMSON, M.D.

**IT IS SO ORDERED**
Dated: April 20, 2026

Nancy J. Koppe
United States Magistrate Judge