UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| ASHLEY O'NEIL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a Political Subdivision of the State of Nevada; WELLPATH, LLC, a foreign corporation, MATTHEW J. DUNDON, Trustee of Wellpath Holdings, Inc. Liquidating Trust; NURSE CAMILLE "COCO" LEE, individually; PHYSICIAN ASSISTANT DAVID OLIPHANT, individually; DOCTOR LARRY WILLIAMSON, individually; DOE OFFICERS 1 through 10, individually, DOE MEDICAL STAFF 1 through 10, individually; DOES 1 through 20; ROE CORPORATIONS 11 through 20; ABC LIMITED LIABILITY COMPANIES 21 through 30, inclusive,<br><br>Defendants. | Case No. 2:22-cv-00474-JAD-BNW<br><br>**ORDER GRANTING MOTION TO REMOVE ATTORNEY S. BRENT VOGEL FROM SERVICE LIST** |

Defendants Nurse Camille "Coco" Lee, Physician Assistant David Oliphant, and Doctor Larry Williamson, by and through their counsel of record Pranava B. Moody, of the law firm of Lewis Brisbois Bisgaard & Smith LLP, respectfully request that S.

176266348.1

Brent Vogel be removed from the CM/ECF service list for the above-captioned case as he is no longer with this firm.

DATED this 14th day of May, 2026.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____/s/ Pranava B. Moody_____
PRANAVA B. MOODY
Nevada Bar No. 16590
LEWIS BRISBOIS BISGAARD & SMITH llp
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendants Nurse Camille "Coco" Lee, Physician Assistant David Oliphant, and Doctor Larry Williamson*

**IT IS SO ORDERED**
Dated: May 15, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

176266348.1                                    2